**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1468

KHRUAWAN SAEVOON,

Plaintiff - Appellant,

versus

DONALD E. POWELL, Chairman, Federal Deposit
Insurance Corporation,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (CA-04-765-1)

Submitted: March 30, 2006            Decided: April 5, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

E. Ned Sloan, SLOAN & ASSOCIATES, P.C., Washington, D.C.; S. Howard
Woodson, III, LAW OFFICES OF S. H. WOODSON, III, PC, Alexandria,
Virginia, for Appellant.  Paul J. McNulty, United States Attorney,
Rachel C. Ballow, Assistant United States Attorney, Alexandria,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Khruawan Saevoon appeals a district court order granting summary judgment to the FDIC on her claim of failure to promote based on gender, race, and national origin discrimination pursuant to the Civil Rights Act of 1964, see 41 U.S.C.A. §§ 2000, et seq. (West 2000 & Supp. 2005) (Title VII). Saevoon was employed as a computer specialist with the FDIC. The district court held that Saevoon's discrimination claims failed because she had not shown that the nondiscriminatory reasons given by the FDIC for not promoting her were pretextual.

After reviewing the parties' briefs and the applicable law, we conclude that the district court correctly decided the issues before it. Accordingly, we affirm on the reasoning of the district court. See Saevoon v. Powell, No. CA-04-765-1 (E.D. Va. filed Mar. 31, 2005 & entered Apr. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED